**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-41620-705 |
| | ) | |
| PATRICIA KAY FISH, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**CREDITOR'S REQUEST FOR COPIES OF TAX**
**RETURNS PURSUANT TO SECTION 521(f)**

Pursuant to 11 U.S.C. § 521(f), Peoples National Bank, N.A. ("Peoples"), requests from the Debtor copies of the following income tax returns at the same time as the same are filed with the taxing authority:

(1) Each Federal income tax return required under applicable law with respect to each tax year of the Debtor ending while this case is pending under chapter 7, and

(2) Each Federal income tax return required under applicable law that had not been filed with the taxing authority as of the date of the commencement of this case and that is subsequently filed for any tax year of the debtor ending in the 3-year period ending on the date of commencement of this case, and

(3) A copy of each amendment to any Federal income tax return filed with the Court under paragraph (1) or (2) above.

Respectfully submitted,

  /s/  James S. Cole
James S. Cole, MoBar #26787
WASINGER DAMING, LC
1401 S. Brentwood Blvd., Suite 875
St. Louis, Missouri 63144
(314) 961-0400; (314) 961-2726 FAX
jcole@wasingerdaming.com
Attorney for Peoples National Bank, N.A.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed, to be served electronically upon all counsel who participate in the Court's ECF noticing system, and a copy was also mailed to those persons indicated below who do not participate in the ECF system by first-class mail, postage prepaid, on April 17, 2019.

United States Trustee
111 South Tenth Street, Room 6353
St. Louis, MO  63102

Robert E. Eggmann             Attorney for Debtor
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, Missouri 63105

Fredrich J. Cruse              Chapter 7 Trustee
The Cruse Law Firm PC
P.O. Box 914
Hannibal, Missouri 63401

                                         /s/  James S. Cole

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Case No. 19-41620-705 |
| | ) | |
| PATRICIA KAY FISH, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| PEOPLES NATIONAL BANK  N.A., | ) | |
| | ) | |
| Movant. | ) | |

SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE

The following exhibits in reference to the Motion for Relief from Automatic Stay filed by Peoples National Bank, N.A.. ("Peoples") are available upon request:

1. Deed of Trust on certain real property commonly known and numbered as 641 West Polo Drive, Clayton, Missouri 63105, dated May 21, 2009; and

2. Amended Judgment and Decree.

_____
James S. Cole, MoBar #26787
Attorney for Vanderbilt Mortgage and
Finance, Inc.

Copy of the above served this ^ day of March, 2019, on:

Robert E. Eggmann, Attorney for Debtor
Fredrich J. Cruse, Trustee
Office of the U.S. Trustee
Patricia Kay Fish