## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Chapter 7 -- Liquidation |
|    FISH, PATRICIA KAY | ) | Case No.19-41620-705 |
| | ) | |
| | ) | |
| | ) | Hearing Date: June 11 ,2019 |
|        debtors, | ) | Hearing Time: 9:30 a.m. |
| | ) | Response Due: June 4, 2019 |
| | ) | Location:  Thomas F. Eagleton Courthouse |
| | ) | 111 South Tenth Street, Floor 7, |
| | ) | South Courtroom, St. Louis, MO |

### OBJECTION TO EXEMPTION

     WARNING: THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.   IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY [June 4, 2019].

     YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

     COMES NOW Fredrich J. Cruse, Interim Trustee, and enters his Objections to The Amended Exemption claimed by Debtor in the following specifics:

     1.     Debtors' Bankruptcy Petition was filed 03/19/19.

     2.     Debtors' 341 Meeting was held 04/16/19.

     3.     Debtor claimed a 11 U.S.C. §522(b)(3)(B) exemption on her schedules against the Checking Account at Midland States Bank for 100% of the $12,000.00 balance of the account.

4. Trustee objects to the exemption because there is joint debt and joint property is available to pay joint debts.

WHEREFORE, Interim Trustee prays for an order of the Court denying the Debtor's 11 U.S.C. §522(b)(3)(B) claimed exemption against the Checking Account at Midland States Bank and for such other and further relief as is meet and proper in the premises .

Dated:May 3, 2019               */S/Fredrich J. Cruse*
                                Fredrich J. Cruse     ED # 23480MO
                                Attorney at Law       WD/MO Bar # 23480
                                718 Broadway
                                P. O. Box 914
                                Hannibal, Missouri 63401
                                Telephone:  (573) 221-8333
                                Fax: (573) 221-1448
                                Email: trustee@cruselaw.com

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing document was filed electronically on  May 3, 2019 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

  I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on May 3, 2019:

Robert E. Eggmann  
Carmody MacDonald PC  
120 S. Central Ave.  
St. Louis, MO 63105

Patricia Fish  
641 W Polo Dr  
Clayton, MO 63105

Dated:May 3, 2019

***/S/Fredrich J. Cruse***  
Fredrich J. Cruse ED # 23480MO  
Attorney at Law WD/MO Bar # 23480  
718 Broadway  
P. O. Box 914  
Hannibal, Missouri 63401  
Telephone:  (573) 221-8333  
Fax: (573) 221-1448  
Email: trustee@cruselaw.com