**SO ORDERED**

May 06, 2020

*Kathy A. Surratt - States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

In The Matter Of:                          )
                                           )    Case Number 14-45344-659
Clarence A. Barnett                        )
                                           )
                                           )    Chapter 13
       Debtor,                             )
                                           )
                                           )

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Cynthia M. Kern Woolverton of the law firm of Millsap and Singer, LLC, and respectfully states to the Court as follows:

1.      Attorney Holli E. Dethrow's employment with Millsap & Singer, LLC ended March 23, 2020.  Consequently it is requested that the Court enter an Order substituting Cynthia M. Kern Woolverton in place of Holli E. Dethrow as the attorney of record in the above-captioned case.  Further, please see Exhibit A, which lists all cases Cynthia M. Kern Woolverton will be substituting her appearance for Holli E. Dethrow who withdraws from same.

WHEREFORE, Cynthia M. Kern Woolverton prays that the Court grant this Motion and enter an order substituting Cynthia M. Kern Woolverton in place of Holli E. Dethrow as the attorney of record for the Creditor in the above-captioned case, as well as the cases listed in Exhibit A, and for such other further relief as may be just and proper under the circumstances.

Date: April 21, 2020

                          Respectfully Submitted,
                          Millsap & Singer, LLC


                          */s/ Cynthia M. Kern Woolverton*

1                                      MS 137501.398132 BK

Cynthia M. Kern Woolverton, #47698, #47698MO
612 Spirit Drive
St. Louis, MO  63005
Telephone:  (636) 537-0110
Facsimile:    (636) 537-0067

bkty@msfirm.com


*/s/ Holli E. Dethrow*
Holli E. Dethrow, #70649, #70649MO
5639 Golf Ridge Drive, Apt. E
St. Louis, MO  63128
Telephone:  (314) 717-4740
hdethrow@sinarslaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 21, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Cynthia M. Kern Woolverton*


**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Diana S. Daugherty

MS 137501.398132 BK

**Select a Case**

EXHIBIT
A

**There was 1 matching person.**

**There were 606 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Dethrow, Holli E (aty) (606 cases) | 14-45344 | Clarence A. Barnett | 13 | 07/03/14 | N / A | N / A |
| | 14-46525 | Brian D. Powers and Kyna K Powers | 13 | 08/19/14 | N / A | N / A |
| | 14-46961 | Richard Todd Vermillion | 13 | 09/01/14 | N / A | N / A |
| | 14-47939 | Maggie Henrietta Baldwin | 13 | 10/09/14 | N / A | N / A |
| | 14-49932 | Valarie Williams-Center | 13 | 12/26/14 | N / A | N / A |
| | 15-20203 | Jeff S. Woodhurst and Jamie L. Woodhurst | 13 | 08/18/15 | N / A | N / A |
| | 15-20268 | Orville L. Minter, Jr. | 13 | 10/27/15 | N / A | N / A |
| | 15-40247 | Steve P Noonan and Deborah L Noonan | 13 | 01/15/15 | N / A | N / A |
| | 15-40345 | Tracey Denise Carter | 13 | 01/21/15 | N / A | N / A |
| | 15-40744 | Roland Maarten Houttuin and Samantha Christine Houttuin | 13 | 02/06/15 | N / A | N / A |
| | 15-41007 | Phyllis L. Drayton | 13 | 02/18/15 | N / A | N / A |
| | 15-41429 | Paul D. Benson | 13 | 03/04/15 | N / A | N / A |
| | 15-42940 | Zachary Brian Moffitt | 13 | 04/17/15 | N / A | N / A |
| | 15-43314 | Diane Patrick | 13 | 04/30/15 | N / A | N / A |
| | 15-43501 | Jennifer Lynne Foeller | 13 | 05/07/15 | N / A | N / A |
| | 15-43632 | Linda C. Byrd | 13 | 05/13/15 | N / A | N / A |
| | 15-44160 | Di Wu | 13 | 06/02/15 | N / A | N / A |
| | 15-44188 | Patrick K. Beck | 13 | 06/02/15 | N / A | N / A |
| | 15-44220 | Rolanda Sowell | 13 | 06/03/15 | N / A | N / A |
| | 15-44327 | Nick F. Nicoletti, Jr. and Julie L. Nicoletti | 13 | 06/09/15 | N / A | N / A |
| | 15-44366 | Nathan Byrd Boyd and Pamela Roberta Boyd | 13 | 06/10/15 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 15-44703 | Tyrone D DeMyers and Christina L DeMyers | 13 | 06/24/15 | N / A | N / A |
| 15-44985 | Stephen John Haferkamp | 13 | 07/06/15 | N / A | N / A |
| 15-45366 | Terry R Hampton | 13 | 07/20/15 | N / A | N / A |
| 15-45458 | Stanley R. Morris and Deborah J. Morris | 13 | 07/22/15 | N / A | N / A |
| 15-46198 | Steven Nelson Johnson and Lori-Ellen Johnson | 13 | 08/18/15 | N / A | N / A |
| 15-46311 | Matthew Louis Lanwermeyer | 13 | 08/21/15 | N / A | N / A |
| 15-46652 | Carole Garner | 13 | 09/03/15 | N / A | N / A |
| 15-47066 | Sonya Renee Davis | 13 | 09/18/15 | N / A | N / A |
| 15-47083 | Gus L. Strebeck and Judith M. Strebeck | 13 | 09/18/15 | N / A | N / A |
| 15-47695 | Steven Dale Heady, Jr. and Izumi Kuniyoshi Heady | 13 | 10/12/15 | N / A | N / A |
| 15-47727 | Reginald J Davis | 13 | 10/13/15 | N / A | N / A |
| 15-48347 | Kenedra Nadine Gibbons | 13 | 11/03/15 | N / A | N / A |
| 15-48444 | Kathleen M. Cartwright | 13 | 11/06/15 | N / A | N / A |
| 15-48716 | Kristin A Barton and Patricia M Barton | 13 | 11/19/15 | N / A | N / A |
| 15-48804 | Christina Lynn Emge | 13 | 11/23/15 | N / A | N / A |
| 15-48984 | Shaun Denise Strong | 13 | 11/30/15 | N / A | N / A |
| 15-49263 | Mitchell Dwight Fields | 13 | 12/14/15 | N / A | N / A |
| 16-10568 | Viola Marie Bush | 13 | 07/06/16 | N / A | N / A |
| 16-11001 | David R Braden and Julie A Braden | 13 | 11/30/16 | N / A | N / A |
| 16-40310 | Arthur David Rouse and Rebecca J Rouse | 13 | 01/15/16 | N / A | N / A |
| 16-40362 | Wanda J Lovins | 13 | 01/19/16 | N / A | N / A |
| 16-40482 | Michael E. Crawford and Sheila Y Crawford | 13 | 01/23/16 | N / A | N / A |
| 16-40857 | Shannon Meredith Gruzeski | 13 | 02/12/16 | N / A | N / A |
| 16-40936 | Cindy Rae Simpson | 13 | 02/16/16 | N / A | N / A |
| 16-41440 | Anita L. Patterson | 13 | 03/04/16 | N / A | N / A |
| 16-41552 | LaReecia D Johnson | 13 | 03/09/16 | N / A | N / A |
| 16-41767 | William D. Goodwin | 13 | 03/17/16 | N / A | N / A |
| 16-41909 | | 13 | 03/23/16 | N / A | N / A |

| [16-42276](#) | William C. Lee and Belita Lee | 13 | 04/01/16 | N / A | N / A |
|---|---|---|---|---|---|
| [16-42289](#) | Amanda L. Stroud | 13 | 04/03/16 | N / A | N / A |
| [16-42360](#) | Sharon Ann Dunn | 13 | 04/06/16 | N / A | N / A |
| [16-42442](#) | Paul M Wojciechowski and Mary E Wojciechowski | 13 | 04/11/16 | N / A | N / A |
| [16-42687](#) | Joel Juarez and Juanita Juarez | 13 | 04/13/16 | N / A | N / A |
| [16-42938](#) | James Michael Herbert and Brenda Sue Herbert | 13 | 04/21/16 | N / A | N / A |
| [16-42944](#) | Bryan Williams and Janice M. Williams | 13 | 04/21/16 | N / A | N / A |
| [16-43024](#) | Robert D. Gibbons and Theresa M. Gibbons | 13 | 04/26/16 | N / A | N / A |
| [16-43261](#) | Walter Jones | 13 | 05/03/16 | N / A | N / A |
| [16-43309](#) | Stacey R Davis | 13 | 05/05/16 | N / A | N / A |
| [16-43368](#) | Jimmy D. Williams and Tamathea K. Williams | 13 | 05/06/16 | N / A | N / A |
| [16-43374](#) | Richard Low | 13 | 05/06/16 | N / A | N / A |
| [16-43431](#) | Michael Charles Lehmkuhl and Donna Marie Lehmkuhl | 13 | 05/11/16 | N / A | N / A |
| [16-43535](#) | Douglas Chadwick Gibson | 13 | 05/16/16 | N / A | N / A |
| [16-43566](#) | Parris D Mosley and Charmin A Montgomery | 13 | 05/17/16 | N / A | N / A |
| [16-43738](#) | Michael A Delgadillo and Hannah M Delgadillo | 13 | 05/23/16 | N / A | N / A |
| [16-43885](#) | Darlean Pointer-Barton | 13 | 05/27/16 | N / A | N / A |
| [16-44077](#) | Meredith Rhea Landwier | 13 | 06/06/16 | N / A | N / A |
| [16-44265](#) | Erin Lynn Walters | 13 | 06/15/16 | N / A | N / A |
| [16-44445](#) | Kenneth E Castellanos and Juana T Castellanos | 13 | 06/22/16 | N / A | N / A |
| [16-44539](#) | Kimberly A. Weber | 13 | 06/24/16 | N / A | N / A |
| [16-44658](#) | Turhonica N Hutton | 13 | 06/29/16 | N / A | N / A |
| [16-44702](#) | Daniel Edwin Roewe and Michele Dawn Roewe | 7 | 06/30/16 | N / A | N / A |
| [16-44712](#) | Victoria L Pickle and Christopher J Pickle | 13 | 06/30/16 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 16-44990 | Tinnie Louise Wilson | 13 | 07/14/16 | N / A | N / A |
| 16-45088 | Elizabeth A Burke | 13 | 07/18/16 | N / A | N / A |
| 16-45125 | Daniel Dean Reagan-DuVau | 13 | 07/20/16 | N / A | N / A |
| 16-45589 | Jadranka Mujcinovic | 13 | 08/08/16 | N / A | N / A |
| 16-45637 | Bruce M Williams | 13 | 08/09/16 | N / A | N / A |
| 16-45744 | Edward C Bender | 13 | 08/12/16 | N / A | N / A |
| 16-46107 | Maria Lynn Sellers | 7 | 08/25/16 | N / A | N / A |
| 16-46114 | Matthew C. Wallace and Lindsay R. Wallace | 13 | 08/25/16 | N / A | N / A |
| 16-46345 | Oliver N. Matthews | 13 | 09/01/16 | N / A | N / A |
| 16-46405 | Mary C Cain | 13 | 09/05/16 | N / A | N / A |
| 16-46420 | Jamil James Glasby, Jr. | 13 | 09/06/16 | N / A | N / A |
| 16-46558 | James A. Maniaci, Jr. | 13 | 09/12/16 | N / A | N / A |
| 16-46565 | Sylvester Bolden and Diane Bolden | 13 | 09/12/16 | N / A | N / A |
| 16-46582 | Larry Caldwell Williams | 13 | 09/12/16 | N / A | N / A |
| 16-46594 | Tyler R. Edwards and Maggie A. Edwards | 13 | 09/12/16 | N / A | N / A |
| 16-46748 | Grayling West and Luvenia Nadine West | 13 | 09/19/16 | N / A | N / A |
| 16-46775 | Helen J Cassatt | 13 | 09/20/16 | N / A | N / A |
| 16-47379 | Kimberly Nicole Miller | 13 | 10/12/16 | N / A | N / A |
| 16-47490 | Nathaniel Dewey Hayes, Jr. and Tess Wanda Hayes | 13 | 10/17/16 | N / A | N / A |
| 16-47956 | Brett A Bredensteiner and Kirsten M Bredensteiner | 13 | 11/03/16 | N / A | N / A |
| 16-48442 | Raymond H. Adkisson, III | 13 | 11/22/16 | N / A | N / A |
| 16-48531 | Michel Spring | 13 | 11/29/16 | N / A | N / A |
| 16-48568 | Dustin Michael Whitrock and Michelle Marie Whitrock | 13 | 11/30/16 | N / A | N / A |
| 16-48684 | Carol A Wells | 13 | 12/05/16 | N / A | N / A |
| 16-48714 | Mary B Gibbons | 13 | 12/06/16 | N / A | N / A |
| 16-48769 | Tyler D. Schroeder and Melanie L. Schroeder | 13 | 12/08/16 | N / A | N / A |
| 16-48983 | Gerald Micheal Robinson | 13 | 12/20/16 | N / A | N / A |
| 17-10249 | Kass Lene' Day | 13 | 03/30/17 | N / A | N / A |

Case 19-41620    Doc 151    Filed 05/06/20    Entered 05/06/20 15:01:19    Main Document
Pg 7 of 25

| | | | | | |
|---|---|---|---|---|---|
| 17-10598 | Brandi Lynn Carter | 13 | 04/20/17 | N / A | N / A |
| 17-10363 | Jodi D Krug and DeRonda A Krug | 13 | 04/26/17 | N / A | N / A |
| 17-10394 | Andrea Christine Pavone and Luke Michael Pavone | 13 | 05/02/17 | N / A | N / A |
| 17-10695 | David Wayne Ruedrich, II and Amber Nichole Ruedrich | 13 | 08/08/17 | N / A | N / A |
| 17-20168 | Russell E Wilcox and Linda C. Wilcox | 13 | 05/30/17 | N / A | N / A |
| 17-20372 | Tammie L Wilson and Shawn R Wilson | 13 | 12/28/17 | N / A | N / A |
| 17-40052 | Sonia Rivera | 13 | 01/04/17 | N / A | N / A |
| 17-40073 | Kenneth Bruce Maxey | 13 | 01/05/17 | N / A | N / A |
| 17-40089 | Katherine A Ecker | 13 | 01/06/17 | N / A | N / A |
| 17-40109 | Virginia P. Welch | 13 | 01/09/17 | N / A | N / A |
| 17-40318 | Kevin Bishop | 13 | 01/19/17 | N / A | N / A |
| 17-40324 | Ella Mae Davey | 13 | 01/19/17 | N / A | N / A |
| 17-40337 | Craig Eugene Cole and Mary Jean Cole | 13 | 01/20/17 | N / A | N / A |
| 17-40843 | Diane Joan Gee | 13 | 02/10/17 | N / A | N / A |
| 17-40863 | Cynthia Renee Cunningham | 13 | 02/13/17 | N / A | N / A |
| 17-40932 | Jerry Dale Dickey, Jr. | 13 | 02/16/17 | N / A | N / A |
| 17-40969 | James A. Stewart and Audra L. Stewart | 13 | 02/16/17 | N / A | N / A |
| 17-41068 | Cornie Burrell, III | 13 | 02/23/17 | N / A | N / A |
| 17-41103 | Samuel Lamont Hayes and Anita Faye Hayes | 13 | 02/23/17 | N / A | N / A |
| 17-41391 | Renee M Kehoe | 13 | 03/06/17 | N / A | N / A |
| 17-41459 | Renee Mosley | 13 | 03/08/17 | N / A | N / A |
| 17-41513 | Kimberly Jane Wintjen | 13 | 03/09/17 | N / A | N / A |
| 17-41575 | Christy B. Lloyd | 13 | 03/13/17 | N / A | N / A |
| 17-41736 | Jason P Brouk and Emily R Brouk | 13 | 03/16/17 | N / A | N / A |
| 17-42002 | Albert W. Adams and Lila Mae Adams | 13 | 03/27/17 | N / A | N / A |
| 17-42118 | Charles E Cook and Josephine E. Crawford | 13 | 03/30/17 | N / A | N / A |
| 17-42251 | Israel J Simpson and Kimberly A Simpson | 13 | 04/04/17 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 17-42365 | Walter Lee Cooper, Sr. and Carolyn Cooper | 13 | 04/06/17 | N / A | N / A |
| 17-42366 | Michael Richard Longwell | 13 | 04/06/17 | N / A | N / A |
| 17-42475 | Jason Lankford and Heather Lankford | 13 | 04/11/17 | N / A | N / A |
| 17-42569 | Scott Patrick Donovan | 13 | 04/13/17 | N / A | N / A |
| 17-42583 | Michael E. Arrington | 13 | 04/14/17 | N / A | N / A |
| 17-42656 | David C Davenport and Lillian F Davenport | 13 | 04/18/17 | N / A | N / A |
| 17-42791 | Robert B. Jones and Julie C. Jones | 13 | 04/21/17 | N / A | N / A |
| 17-42814 | Herman Wilson and Rachel Ann Wilson | 13 | 04/22/17 | N / A | N / A |
| 17-42826 | Richard Clayton and Connie Noble-Clayton | 13 | 04/24/17 | N / A | N / A |
| 17-43109 | LaDonna K. Knox | 13 | 05/03/17 | N / A | N / A |
| 17-43219 | LeAnn R Chase | 13 | 05/09/17 | N / A | 4 / A |
| 17-43266 | Susan J DePaul | 13 | 05/10/17 | N / A | N / A |
| 17-43478 | Mary J Jones | 13 | 05/18/17 | N / A | N / A |
| 17-43496 | Jill C Kenney | 13 | 05/18/17 | N / A | N / A |
| 17-43514 | Tijuana N McCall | 13 | 05/19/17 | N / A | N / A |
| 17-43530 | Earline Barksdale | 13 | 05/19/17 | N / A | N / A |
| 17-43691 | Kevin L. Dawkins and Gyvonne A. Dawkins | 13 | 05/26/17 | N / A | N / A |
| 17-43733 | Kathy Sue Byerley | 13 | 05/30/17 | N / A | N / A |
| 17-43779 | Thela A. Alexander | 13 | 05/31/17 | N / A | N / A |
| 17-43808 | Wanda Gillespie | 13 | 05/31/17 | N / A | N / A |
| 17-44044 | Chel'lee N. Whitten | 13 | 06/10/17 | N / A | N / A |
| 17-44046 | Steven G. Roach | 13 | 06/10/17 | N / A | N / A |
| 17-44207 | John W. Hambelton | 13 | 06/19/17 | N / A | N / A |
| 17-44255 | JoAnne E Whitaker | 13 | 06/20/17 | N / A | N / A |
| 17-44784 | Johnny C. Addison | 13 | 07/14/17 | N / A | N / A |
| 17-44820 | Rudy J. Coney and Barbara Y. Coney | 13 | 07/17/17 | N / A | N / A |
| 17-44898 | Stacey Valentine and Brent Valentine | 13 | 07/18/17 | N / A | N / A |
| 17-44929 | | 13 | 07/19/17 | N / A | N / A |

| 17-44930 | LaDawn J. Riggs | 13 | 07/20/17 | N / A | N / A |
|---|---|---|---|---|---|
| 17-44961 | Timothy D. McCarthy and Betty S. McCarthy | 13 | 07/20/17 | N / A | N / A |
| 17-45325 | Francis Richard Bronson | 13 | 08/03/17 | N / A | N / A |
| 17-45362 | John F. Nolle | 13 | 08/04/17 | N / A | N / A |
| 17-45660 | James L. Holts, Jr. and Kelly A. Holts | 13 | 08/18/17 | N / A | N / A |
| 17-45806 | Yvette Cain | 13 | 08/25/17 | N / A | N / A |
| 17-45971 | Jason E. Smith and Teresa L. Smith | 13 | 08/30/17 | N / A | N / A |
| 17-46112 | Chereyl Helene Spann | 13 | 09/07/17 | N / A | N / A |
| 17-46117 | Cherie Amour Petty-French | 13 | 09/07/17 | N / A | N / A |
| 17-46126 | Brian Lee Newkirk | 13 | 09/07/17 | N / A | N / A |
| 17-46133 | James Ellis Midgett | 13 | 09/08/17 | N / A | N / A |
| 17-46288 | Theresa C Trice | 13 | 09/14/17 | N / A | N / A |
| 17-46328 | Lawrence E Cannon and Donna M Cannon | 13 | 09/15/17 | N / A | N / A |
| 17-46395 | Anita C Ryan | 13 | 09/19/17 | N / A | N / A |
| 17-46419 | Keevin Michael Kujawa and Kristen Anne Kujawa | 13 | 09/20/17 | N / A | N / A |
| 17-46477 | Kathy A. Parker | 13 | 09/22/17 | N / A | N / A |
| 17-46541 | Terrecitta M. Adams | 13 | 09/26/17 | N / A | N / A |
| 17-46661 | Timothy S. Donovan and Kindy L. Donovan | 13 | 09/28/17 | N / A | N / A |
| 17-46664 | Jeffery L Asbridge | 13 | 09/28/17 | N / A | N / A |
| 17-46682 | Leslie Beth Gralnick | 13 | 09/29/17 | N / A | N / A |
| 17-46771 | Victor Hugo Sauerhage, Jr. | 13 | 10/02/17 | N / A | N / A |
| 17-46776 | Danny M Craig and Carleen R Craig | 13 | 10/03/17 | N / A | N / A |
| 17-46884 | Troy Donald Frank and Melissa Dawn Frank | 13 | 10/06/17 | N / A | N / A |
| 17-47002 | Carolyn S. Moore | 13 | 10/12/17 | N / A | N / A |
| 17-47042 | Izet Subasic and Alma Subasic | 13 | 10/12/17 | N / A | N / A |
| 17-47091 | Lula Lee Parker-Mack | 13 | 10/16/17 | N / A | N / A |
| 17-47138 | Joyce J Jones-Brookins | 13 | 10/17/17 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 17-47200 | Christopher Mark Robertson and Karen Lee Robertson | 13 | 10/19/17 | N / A | N / A |
| 17-47383 | Roshandra S Ruffin | 13 | 10/26/17 | N / A | N / A |
| 17-47400 | Daniel Joseph Loynes and Beatrice Kay Loynes | 13 | 10/27/17 | N / A | N / A |
| 17-47499 | Kimberly L Lewallen | 13 | 10/31/17 | N / A | N / A |
| 17-47629 | Debra A Guthart | 13 | 11/06/17 | N / A | N / A |
| 17-47737 | Michelle R Brundage | 13 | 11/09/17 | N / A | N / A |
| 17-47948 | Jon N Pannullo and Lynn M Pannullo | 13 | 11/20/17 | N / A | N / A |
| 17-48014 | Timothy D. Mislark and Kristen A. Mislark | 13 | 11/22/17 | N / A | N / A |
| 17-48160 | Richard L Bunch and Sandra J. Bunch | 13 | 11/30/17 | N / A | N / A |
| 17-48216 | Patricia J Fagan | 13 | 12/02/17 | N / A | N / A |
| 17-48344 | Kelly Marie Santiago | 13 | 12/08/17 | N / A | N / A |
| 17-48489 | Donna R. Kane | 13 | 12/15/17 | N / A | N / A |
| 17-48531 | Vickie A Graeler | 13 | 12/18/17 | N / A | N / A |
| 17-48688 | Tami Schemal Nicholson | 13 | 12/28/17 | N / A | N / A |
| 17-48741 | Robert L. Branham, III | 13 | 12/29/17 | N / A | N / A |
| 18-10318 | Charles Robert Kirby and Susie Marie Kirby | 13 | 04/10/18 | N / A | N / A |
| 18-10429 | Roger Allen Barbee | 13 | 05/09/18 | N / A | N / A |
| 18-10592 | Donald Herman Howard, Jr. and Margaret Sue Howard | 13 | 06/26/18 | N / A | N / A |
| 18-10681 | Harold Duke Presson, Jr. and Jennifer Samantha Presson | 13 | 07/31/18 | N / A | N / A |
| 18-10918 | Kyle Darren Dowdy | 13 | 10/15/18 | N / A | N / A |
| 18-40021 | Jarvis Rembert | 13 | 01/03/18 | N / A | N / A |
| 18-40040 | Lamonte P Boykin | 13 | 01/04/18 | N / A | N / A |
| 18-40068 | Christine M. Pickett | 13 | 01/06/18 | N / A | N / A |
| 18-40224 | Ray Albert Jennings and Deborah Lynn Jennings | 13 | 01/16/18 | N / A | N / A |
| 18-40265 | Percy L. Edwards and Helen Edwards | 13 | 01/17/18 | N / A | N / A |
| 18-40305 | Teresa Acinelli | 13 | 01/19/18 | N / A | N / A |
| 18-40392 | Phoenica Stidum | 13 | 01/25/18 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 18-40495 | Albert Henry Kelsey, Jr. | 13 | 01/29/18 | N / A | N / A |
| 18-40504 | Marc G. Murray | 13 | 01/30/18 | N / A | N / A |
| 18-40608 | Thomas P O'Day, Jr. and Jill F O'Day | 13 | 02/05/18 | N / A | N / A |
| 18-40653 | Alonzo Brown | 13 | 02/07/18 | N / A | N / A |
| 18-40715 | Elvis Pajazetovic and Mirjana Pajazetovic | 13 | 02/09/18 | N / A | N / A |
| 18-40801 | Steven E Robinson and Jaime M Robinson | 13 | 02/14/18 | N / A | N / A |
| 18-41056 | Arthur J Vargas and Marsha S Vargas | 13 | 02/26/18 | N / A | N / A |
| 18-41139 | Vernard Perry and Donna C. Perry | 13 | 02/28/18 | N / A | N / A |
| 18-41162 | Isaac K Duncan | 13 | 02/28/18 | N / A | N / A |
| 18-41377 | Bobbie J. Beck | 13 | 03/09/18 | N / A | N / A |
| 18-41482 | Valencia K Billups | 13 | 03/14/18 | N / A | N / A |
| 18-41516 | Brenda Turner | 13 | 03/15/18 | N / A | N / A |
| 18-41629 | Greg C Trombley and Patricia J Trombley | 13 | 03/19/18 | N / A | N / A |
| 18-41692 | Matthew Paul Foster and Jennifer Eleanor Foster | 13 | 03/20/18 | N / A | N / A |
| 18-41723 | Opal K. Crosby | 13 | 03/21/18 | N / A | N / A |
| 18-41744 | Christine Elizabeth Rallo | 13 | 03/22/18 | N / A | N / A |
| 18-41745 | Maria Constance Keena | 13 | 03/22/18 | N / A | N / A |
| 18-41755 | Elisabeth A Schellert-Driver | 13 | 03/22/18 | N / A | N / A |
| 18-41773 | William Henry Meyer and Cathy Diane Meyer | 13 | 03/22/18 | N / A | N / A |
| 18-41785 | Candice A Evans | 13 | 03/23/18 | N / A | N / A |
| 18-41806 | Jonathan M Askew and Meredith L Askew | 13 | 03/23/18 | N / A | N / A |
| 18-41896 | Michael Anthony Erickson and Jennifer Ronda Erickson | 13 | 03/28/18 | N / A | N / A |
| 18-42002 | Benjamin H. Horstmann | 13 | 03/30/18 | N / A | N / A |
| 18-42055 | Wayde Powell | 13 | 04/02/18 | N / A | N / A |
| 18-42112 | Yolanda N Hurd | 13 | 04/04/18 | N / A | N / A |
| 18-42154 | Haley Marie Willoughby | 13 | 04/05/18 | N / A | N / A |
| 18-42251 | Donna Anita Turner | 13 | 04/10/18 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 18-42298 | Giuseppi Bommarito, Jr. and Jennifer Nicole Bommarito | 13 | 04/10/18 | N / A | N / A |
| 18-42371 | Eddie Caballero | 13 | 04/13/18 | N / A | N / A |
| 18-42388 | Lisa Gail Sanford | 13 | 04/15/18 | N / A | N / A |
| 18-42492 | Cynthia S. Finazzo | 13 | 04/18/18 | N / A | N / A |
| 18-42509 | Gary L Desnoyer and Colleen M Desnoyer | 13 | 04/18/18 | N / A | N / A |
| 18-42591 | Dale Patrick Adragna and Angela Adragna | 13 | 04/20/18 | N / A | N / A |
| 18-42739 | David S. Underdown and Sherry C. Underdown | 13 | 04/26/18 | N / A | N / A |
| 18-42782 | Nicholas E Tompkins | 13 | 04/27/18 | N / A | N / A |
| 18-42814 | Carla S. Hecht | 13 | 04/29/18 | N / A | N / A |
| 18-43000 | Richard L Helferstay and Patricia J. Helferstay | 13 | 05/07/18 | N / A | N / A |
| 18-43033 | Michael Leonard Hildebrand and Karen Patricia Hildebrand | 13 | 05/08/18 | N / A | N / A |
| 18-43080 | Kathy L Hughes | 13 | 05/10/18 | N / A | N / A |
| 18-43099 | James A Mullins | 13 | 05/10/18 | N / A | N / A |
| 18-43116 | Bernard Ford and Gwendolyn Ford | 13 | 05/10/18 | N / A | N / A |
| 18-43232 | Joseph D. Hoffman, Jr. and Amy E Hoffman | 13 | 05/16/18 | N / A | N / A |
| 18-43327 | William J Planer | 13 | 05/21/18 | N / A | N / A |
| 18-43351 | Gregory S. Carr and Jeane M. Carr | 13 | 05/22/18 | N / A | N / A |
| 18-43558 | Mandy S McDaniel | 13 | 05/31/18 | N / A | N / A |
| 18-43570 | Robert Eason and Gay S Eason | 13 | 05/31/18 | N / A | N / A |
| 18-43600 | Tiffany M Stewart | 13 | 06/01/18 | N / A | N / A |
| 18-43701 | Kenneth C. McNair and Jacqueline C McNair | 13 | 06/08/18 | N / A | N / A |
| 18-43702 | William Ward Romer and Theresa Ann Romer | 13 | 06/08/18 | N / A | N / A |
| 18-43766 | Barbara H. Bull-Sims | 13 | 06/12/18 | N / A | N / A |
| 18-43808 | Theresa M. Cissell | 13 | 06/13/18 | N / A | N / A |
| 18-43868 | Stanley K. Schaefer and Robbie L. Schaefer | 13 | 06/15/18 | N / A | N / A |
| 18-43904 | George C. Truss | 13 | 06/18/18 | N / A | N / A |
| 18-43928 | David W Kellen | 13 | 06/19/18 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 18-44091 | Timothy Michael Davies | 13 | 06/25/18 | N / A | N / A |
| 18-44140 | Reginald Lamont Bond and Terri Denise Bond | 13 | 06/28/18 | N / A | N / A |
| 18-44170 | Patricia A Lumsden | 13 | 06/28/18 | N / A | N / A |
| 18-44255 | Gilmore O. Lewis and Penny S. Lewis | 13 | 07/03/18 | N / A | N / A |
| 18-44271 | Michael Joseph Kunderer | 13 | 07/03/18 | N / A | N / A |
| 18-44296 | Colleen Inman | 13 | 07/06/18 | N / A | N / A |
| 18-44344 | Ronald A Meier and Della L Meier | 13 | 07/10/18 | N / A | N / A |
| 18-44396 | Robert S. Sanders and Kimberly R. Sanders | 13 | 07/12/18 | N / A | N / A |
| 18-44569 | Nicholas Garozzo | 13 | 07/18/18 | N / A | N / A |
| 18-44616 | Linda M Gochenauer | 13 | 07/20/18 | N / A | N / A |
| 18-44633 | JoAnn Gehner | 13 | 07/23/18 | N / A | N / A |
| 18-44639 | Zlatko Dracic | 13 | 07/23/18 | N / A | N / A |
| 18-44778 | Richard L. Tiek, Jr. and Roxane M. Tiek | 13 | 07/27/18 | N / A | N / A |
| 18-44803 | Steven Wayne Buck and Cathy Jo Buck | 13 | 07/27/18 | N / A | N / A |
| 18-44826 | Cynthia Louise Luepke | 13 | 07/30/18 | N / A | N / A |
| 18-44882 | David Jordan and Nicole Jordan | 13 | 07/31/18 | N / A | N / A |
| 18-44982 | Pamela Moody | 13 | 08/06/18 | N / A | N / A |
| 18-44996 | Evelyn M. Bush | 13 | 08/07/18 | N / A | N / A |
| 18-45011 | Thomas Spear | 13 | 08/07/18 | N / A | N / A |
| 18-45098 | Elonta Fountain | 13 | 08/09/18 | N / A | N / A |
| 18-45116 | John William Youngblood, Jr. and Tonya Elizabeth Youngblood | 13 | 08/10/18 | N / A | N / A |
| 18-45225 | Keith Alan Wallace | 13 | 08/15/18 | N / A | N / A |
| 18-45241 | Marcheese J Williamson | 13 | 08/16/18 | N / A | N / A |
| 18-45263 | John J Staszkiewicz, Jr. and Norma Jean Staszkiewicz | 13 | 08/16/18 | N / A | N / A |
| 18-45266 | Eva M. Welfenberg | 13 | 08/16/18 | N / A | N / A |
| 18-45302 | Angela L Hurley | 13 | 08/18/18 | N / A | N / A |
| 18-45341 | Bonnie J. Tanner | 13 | 08/20/18 | N / A | N / A |
| 18-45448 | Kim John Rascher, Jr. and Carley Elizabeth Rascher | 13 | 08/24/18 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 18-45491 | Gay Lynne Hardin | 13 | 08/24/18 | N / A | N / A |
| 18-45574 | Robert Alan Foster | 13 | 08/29/18 | N / A | N / A |
| 18-45707 | Vicki Lynn Muir | 13 | 09/05/18 | N / A | N / A |
| 18-45795 | Beverly Jean Randle | 13 | 09/11/18 | N / A | N / A |
| 18-45831 | Joseph Davis Patton and Alberta Burns-Patton | 13 | 09/12/18 | N / A | N / A |
| 18-45918 | Diane G Jenkins | 13 | 09/15/18 | N / A | N / A |
| 18-45941 | Eddie Dwayne Seawood | 13 | 09/17/18 | N / A | N / A |
| 18-45957 | John D Palos | 13 | 09/18/18 | N / A | N / A |
| 18-45962 | Endria M. Harris and John E. Harris | 13 | 09/18/18 | N / A | N / A |
| 18-45972 | Dana Jolene Powell | 13 | 09/18/18 | N / A | N / A |
| 18-45988 | Princess M Catlin | 13 | 09/19/18 | N / A | N / A |
| 18-46082 | Joseph M. Coco and Janis F. Coco | 13 | 09/24/18 | N / A | N / A |
| 18-46083 | Connie D Smith | 13 | 09/25/18 | N / A | N / A |
| 18-46105 | Kymberlie A Calmese | 13 | 09/25/18 | N / A | N / A |
| 18-46168 | Scott Thomas Baptist | 13 | 09/27/18 | N / A | N / A |
| 18-46203 | Melody Savage | 13 | 09/27/18 | N / A | N / A |
| 18-46215 | Olusesan Aderibigbe | 13 | 09/27/18 | N / A | N / A |
| 18-46216 | Steven W. Smith | 13 | 09/27/18 | N / A | N / A |
| 18-46243 | Michael J Little | 13 | 09/28/18 | N / A | N / A |
| 18-46371 | Erick A Miles | 13 | 10/04/18 | N / A | N / A |
| 18-46377 | Lula J Duke | 13 | 10/04/18 | N / A | N / A |
| 18-46401 | Ruth Lee Stocking Norman | 13 | 10/05/18 | N / A | N / A |
| 18-46417 | Matthew D. Garner and Courtney N. Garner | 13 | 10/05/18 | N / A | N / A |
| 18-46490 | Faye Laverne Morrison and Anthony Lafayette Morrison, Sr. | 13 | 10/09/18 | N / A | N / A |
| 18-46524 | Susan M. Bozzay | 13 | 10/11/18 | N / A | N / A |
| 18-46578 | Jason Wesley Harris, Jr. | 13 | 10/14/18 | N / A | N / A |
| 18-46617 | Pamela Johnson Adams | 13 | 10/16/18 | N / A | N / A |
| 18-46634 | Barbara J. Young | 13 | 10/16/18 | N / A | N / A |
| 18-46655 | Rickie Steven Politte, Jr. and Jessica Amber Politte | 13 | 10/17/18 | N / A | N / A |
| 18-46661 | Carolyn D Pinnix | 13 | 10/17/18 | N / A | N / A |

Case 19-41620   Doc 154   Filed 05/06/20   Entered 05/06/20 15:01:19   Main Document
                                    Pg 15 of 25

| | | | | | |
|---|---|---|---|---|---|
| 18-46709 | Timothy Howard Gauth | 13 | 10/19/18 | N / A | N / A |
| 18-46732 | Terrence D. Schmidt and Cheri G. Schmidt | 13 | 10/19/18 | N / A | N / A |
| 18-46760 | Denita Mujdzic | 13 | 10/23/18 | N / A | N / A |
| 18-46792 | Michael Steven Rosa | 13 | 10/24/18 | N / A | N / A |
| 18-46806 | Michelle M. Krueger and Kelli M. Krueger | 13 | 10/25/18 | N / A | N / A |
| 18-46910 | JoAnne Brown | 13 | 10/30/18 | N / A | N / A |
| 18-46954 | Rhonda Walker | 13 | 10/31/18 | N / A | N / A |
| 18-46956 | Scott Edward Duffey and Susan Bea Duffey | 13 | 10/31/18 | N / A | N / A |
| 18-47016 | Christopher M. York and Stacy Lee York | 13 | 11/01/18 | N / A | N / A |
| 18-47048 | Tami L. Johnson | 13 | 11/02/18 | N / A | N / A |
| 18-47059 | Michael R. Ware and Theresa L. Ware | 13 | 11/02/18 | N / A | N / A |
| 18-47075 | Dorothy Ann Wilkins | 13 | 11/05/18 | N / A | N / A |
| 18-47111 | Stephanie Lynnette Hunter | 13 | 11/07/18 | N / A | N / A |
| 18-47218 | Jeffrey Dean Lawson, Sr. and Dawn Lorrean Lawson | 13 | 11/13/18 | N / A | N / A |
| 18-47240 | Cora J. Haynes | 13 | 11/13/18 | N / A | N / A |
| 18-47284 | Arthalyn L Williams | 13 | 11/15/18 | N / A | N / A |
| 18-47359 | Sheldon D Henderson | 13 | 11/19/18 | N / A | N / A |
| 18-47363 | Ralph A. Robertson | 13 | 11/19/18 | N / A | N / A |
| 18-47448 | Sha'ron N Patterson | 13 | 11/26/18 | N / A | N / A |
| 18-47466 | Sylvia Y. Yeager | 13 | 11/26/18 | N / A | N / A |
| 18-47480 | Thomas James Anderson and Babette Maria Perkins-Anderson | 13 | 11/27/18 | N / A | N / A |
| 18-47608 | Gazetta Yolanda Lenoir | 13 | 11/30/18 | N / A | N / A |
| 18-47696 | Martha A. McFerren | 13 | 12/06/18 | N / A | N / A |
| 18-47873 | Gregory J. Coudron and Mavis Leona Coudron | 13 | 12/14/18 | N / A | N / A |
| 18-47932 | Robert W Carter | 13 | 12/19/18 | N / A | N / A |
| 18-47943 | Donald W. Jones, Sr. and Ineza L Jones | 13 | 12/19/18 | N / A | N / A |
| 18-47950 | Rosie M Ruffin | 13 | 12/19/18 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 18-48006 | Kevin A Spencer | 13 | 12/22/18 | N / A | N / A |
| 18-48020 | Russell August Remstedt, III | 13 | 12/24/18 | N / A | N / A |
| 18-48026 | Stephen L. Mitchell and Carol A. Schenk-Mitchell | 13 | 12/24/18 | N / A | N / A |
| 18-48062 | James Mark Moenster and Tina Louise Moenster | 13 | 12/27/18 | N / A | N / A |
| 18-48075 | Deborah S. Anderson | 13 | 12/28/18 | N / A | N / A |
| 18-48092 | Elaine Foster | 13 | 12/28/18 | N / A | N / A |
| 18-48096 | Robert E. Church | 13 | 12/28/18 | N / A | N / A |
| 18-48105 | Elisabeth Louise Harleman | 13 | 12/29/18 | N / A | N / A |
| 18-48113 | Linda Ledell Tate-DeCosta | 13 | 12/31/18 | N / A | N / A |
| 19-10010 | Dustin Allen Anglin and Ashley Nicolle Anglin | 13 | 01/04/19 | N / A | N / A |
| 19-10160 | Jerry Eber Lathum and Cheryl Lee Lathum | 13 | 03/08/19 | N / A | N / A |
| 19-10208 | Kenneth R. Campbell | 13 | 03/22/19 | N / A | N / A |
| 19-10209 | Diane Lynn Pair | 13 | 03/25/19 | N / A | N / A |
| 19-10341 | Carol Ann Berman | 7 | 04/26/19 | N / A | N / A |
| 19-10483 | Bonnie J. Smith | 13 | 06/13/19 | N / A | N / A |
| 19-10610 | Nicole Renee Hines | 13 | 07/31/19 | N / A | N / A |
| 19-10731 | William Edward Easterday | 13 | 08/31/19 | N / A | N / A |
| 19-10739 | Russell Lynn Jones | 7 | 09/04/19 | N / A | N / A |
| 19-10770 | Sheila M. Johnson and Donald A. Johnson | 13 | 09/16/19 | N / A | N / A |
| 19-20161 | Shawn D Cherry | 13 | 07/01/19 | N / A | N / A |
| 19-20164 | James Adom Wilson Milstead and Susan Marie Milstead | 13 | 07/06/19 | N / A | N / A |
| 19-20211 | Tina Marie Moore | 13 | 09/12/19 | N / A | N / A |
| 19-20234 | William B. Kuhler and Angela D. Kuhler | 13 | 10/09/19 | N / A | N / A |
| 19-40015 | Matthew K. Malabey | 13 | 01/02/19 | N / A | N / A |
| 19-40035 | Leland Stafford Kropp, Jr. and Donna Ann Kropp | 13 | 01/03/19 | N / A | N / A |
| 19-40055 | Douglas Joel Taylor and Jean Marie Taylor | 13 | 01/05/19 | N / A | N / A |
| 19-40061 | Matthew G. Arthur | 13 | 01/06/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-40062 | Angel Camille Jones | 13 | 01/06/19 | N / A | N / A |
| 19-40071 | Robert J. Blattner | 13 | 01/07/19 | N / A | N / A |
| 19-40072 | Chad Martin Roehrs | 13 | 01/07/19 | N / A | N / A |
| 19-40115 | Cynthia R Houston | 13 | 01/09/19 | N / A | N / A |
| 19-40200 | Darryl S Alford and Kimberly A. Tolbert | 13 | 01/15/19 | N / A | N / A |
| 19-40282 | Robert Michael Bunch and Heather Lynn Bunch | 13 | 01/18/19 | N / A | N / A |
| 19-40311 | Frank L. Dunsmoor, III and Leona M. Dunsmoor | 13 | 01/21/19 | N / A | N / A |
| 19-40397 | Marie B Dees | 13 | 01/24/19 | N / A | N / A |
| 19-40434 | Jeffrey T. Clymer and Ashley Clymer | 13 | 01/26/19 | N / A | N / A |
| 19-40469 | Nathan R. Barczewski | 13 | 01/29/19 | N / A | N / A |
| 19-40476 | April M Rowell | 13 | 01/29/19 | N / A | N / A |
| 19-40490 | Yvonda Clopton | 13 | 01/29/19 | N / A | N / A |
| 19-40505 | Bee Beckum, Jr. | 13 | 01/30/19 | N / A | N / A |
| 19-40511 | Arthur Allan Sage and Shannon Caray Sage | 13 | 01/30/19 | N / A | N / A |
| 19-40557 | Samuel Thomas Guccione, JR. and Rebecca Diane Guccione | 13 | 01/31/19 | N / A | N / A |
| 19-40599 | Victoria Ann Burns | 13 | 02/01/19 | N / A | N / A |
| 19-40607 | Eddie Owens, Jr. | 13 | 02/02/19 | N / A | N / A |
| 19-40613 | Dwight Snelson, Jr. | 13 | 02/04/19 | N / A | N / A |
| 19-40617 | Christopher J. Hacker and Heidi M. Hacker | 13 | 02/04/19 | N / A | N / A |
| 19-40624 | David J Firle and Anna M Firle | 13 | 02/04/19 | N / A | N / A |
| 19-40752 | Fina M Green | 13 | 02/11/19 | N / A | N / A |
| 19-40759 | Daniel T. McCullen and Kelly M. McCullen | 13 | 02/12/19 | N / A | N / A |
| 19-40777 | Crystal Richardson | 13 | 02/12/19 | N / A | N / A |
| 19-40786 | Sandra G Williams | 13 | 02/13/19 | N / A | N / A |
| 19-40793 | Mark William Sullivan and Cynthia Jean Sullivan | 13 | 02/13/19 | N / A | N / A |
| 19-40815 | Christopher J Surgener | 13 | 02/14/19 | N / A | N / A |
| 19-40841 | Cassandra D. Lumpkins | 13 | 02/15/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-40936 | James Edward Mogg | 13 | 02/15/19 | N / A | N / A |
| 19-40940 | DaKeisha Lanae Collins | 13 | 02/20/19 | N / A | N / A |
| 19-40947 | Linda Ann Watson | 13 | 02/20/19 | N / A | N / A |
| 19-40953 | Tia Joan Nunn | 13 | 02/20/19 | N / A | N / A |
| 19-40965 | James Story | 13 | 02/21/19 | N / A | N / A |
| 19-40970 | Brandi M Cross | 13 | 02/21/19 | N / A | N / A |
| 19-41115 | Joshua Beachler and Kaye Beachler | 13 | 02/27/19 | N / A | N / A |
| 19-41130 | Dusty Dawn Wall | 13 | 02/28/19 | N / A | N / A |
| 19-41144 | Deborah Bishop | 13 | 02/28/19 | N / A | N / A |
| 19-41191 | Jessica Cabezudo-Caraballo | 13 | 03/01/19 | N / A | N / A |
| 19-41217 | Michael A. Rosso and Terri A. Rosso | 13 | 03/03/19 | N / A | N / A |
| 19-41275 | Joshua D Vance | 13 | 03/05/19 | N / A | N / A |
| 19-41288 | Elsa Veronica North | 13 | 03/06/19 | N / A | N / A |
| 19-41311 | Kaloise Neal-Swinney | 13 | 03/07/19 | N / A | N / A |
| 19-41313 | Norman P. Lawson and Ruth C. Lawson | 13 | 03/07/19 | N / A | N / A |
| 19-41317 | Angela M Tynes | 13 | 03/07/19 | N / A | N / A |
| 19-41342 | Audra J. Wright | 7 | 03/08/19 | N / A | N / A |
| 19-41381 | Alan James Keefe and Barbara Jean Keefe | 13 | 03/11/19 | N / A | N / A |
| 19-41384 | Timothy S Long | 13 | 03/11/19 | N / A | N / A |
| 19-41386 | Kathleen Mary Lamb | 13 | 03/11/19 | N / A | N / A |
| 19-41462 | Nicholas Ryan Kramme and Sarah Elizabeth Kramme | 13 | 03/13/19 | N / A | N / A |
| 19-41483 | John Allen Dayton and Jane Marie Dayton | 13 | 03/14/19 | N / A | N / A |
| 19-41500 | Airest Wilson, Jr. | 13 | 03/14/19 | N / A | N / A |
| 19-41587 | Amanda L Aiello | 13 | 03/18/19 | N / A | N / A |
| 19-41620 | Patricia Kay Fish | 7 | 03/19/19 | N / A | N / A |
| 19-41692 | Brian Christopher Callahan and Katie Marie Callahan | 13 | 03/21/19 | N / A | N / A |
| 19-41706 | Te-Angela M Banks | 13 | 03/21/19 | N / A | N / A |
| 19-41730 | Steven Paul Morganthaler | 13 | 03/22/19 | N / A | N / A |
| 19-41742 | Anita Evans | 13 | 03/22/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-41891 | Justin P Stuteville | 13 | 03/28/19 | N / A | N / A |
| 19-41927 | Steve E Johnson | 13 | 03/28/19 | N / A | N / A |
| 19-42069 | LaDonna Christine Reid | 13 | 04/03/19 | N / A | N / A |
| 19-42092 | Lejla Mujkic | 13 | 04/04/19 | N / A | N / A |
| 19-42095 | Judith Ann Huffman | 13 | 04/04/19 | N / A | N / A |
| 19-42154 | Jennifer Nicole Trapper | 13 | 04/08/19 | N / A | N / A |
| 19-42171 | Christopher James Campbell and Laura Gayle Campbell | 13 | 04/08/19 | N / A | N / A |
| 19-42172 | Daniel Paul Daniele | 13 | 04/09/19 | N / A | N / A |
| 19-42176 | Jamie R Robinson and Kristin M Robinson | 13 | 04/09/19 | N / A | N / A |
| 19-42202 | Aaron Jacob Leibach | 13 | 04/10/19 | N / A | N / A |
| 19-42235 | Anthony S Crouch and Rosemarie M Haenel | 13 | 04/11/19 | N / A | N / A |
| 19-42236 | Baby Ray Webber, Jr. | 13 | 04/11/19 | N / A | N / A |
| 19-42281 | Richard T Schnider and Kelly M Schnider | 13 | 04/12/19 | N / A | N / A |
| 19-42329 | Matthew Robert Latimer and Mary E Latimer | 13 | 04/16/19 | N / A | N / A |
| 19-42358 | Christina Lee | 7 | 04/16/19 | N / A | N / A |
| 19-42397 | Kim N. Kogel and Janet V. Kogel | 13 | 04/17/19 | N / A | N / A |
| 19-42470 | Mozzie L. Betts | 13 | 04/20/19 | N / A | N / A |
| 19-42476 | David L. Roach and Catherine B. Roach | 13 | 04/22/19 | N / A | N / A |
| 19-42484 | Dennis Michael Lane | 13 | 04/22/19 | N / A | N / A |
| 19-42507 | Barbara Lyn Perrigo | 13 | 04/22/19 | N / A | N / A |
| 19-42508 | Charles L Bales and Kimberly A Bales | 13 | 04/22/19 | N / A | N / A |
| 19-42510 | Larry R. Streeter and Melissa R. Streeter | 13 | 04/22/19 | N / A | N / A |
| 19-42663 | Sadie L. Pennington | 13 | 04/27/19 | N / A | N / A |
| 19-42752 | Yvette Hamilton-Hawkins | 13 | 04/30/19 | N / A | N / A |
| 19-42771 | Dennis J. O'Loughlin | 13 | 04/30/19 | N / A | N / A |
| 19-42792 | Julie Theresa Newport | 13 | 05/01/19 | N / A | N / A |
| 19-42902 | Wendell Harlowe Schultz, Jr. | 13 | 05/08/19 | N / A | N / A |
| 19-43004 | Kelly Jean Remstedt | 13 | 05/11/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-43090 | Janel L Graham | 13 | 05/14/19 | N / A | N / A |
| 19-43052 | Angela Nicole Forcheimer | 13 | 05/14/19 | N / A | N / A |
| 19-43107 | Dawn Marie Goostree | 13 | 05/16/19 | N / A | N / A |
| 19-43108 | Robert T. Lazarz | 13 | 05/16/19 | N / A | N / A |
| 19-43175 | Marco A Tipton, Sr. | 13 | 05/17/19 | N / A | N / A |
| 19-43240 | Amanda L. Sanchez | 13 | 05/21/19 | N / A | N / A |
| 19-43242 | Nicole Renee Greco | 13 | 05/21/19 | N / A | N / A |
| 19-43300 | Khaled R. Hassan | 7 | 05/23/19 | N / A | N / A |
| 19-43323 | Douglas Nelson and Laura Nelson | 13 | 05/24/19 | N / A | N / A |
| 19-43484 | Kevin Wayne Darst | 13 | 05/31/19 | N / A | N / A |
| 19-43502 | Louis M Frye | 13 | 05/31/19 | N / A | N / A |
| 19-43527 | David Bruce Fortner | 13 | 06/03/19 | N / A | N / A |
| 19-43529 | Gregory Sinn | 13 | 06/03/19 | N / A | N / A |
| 19-43533 | Patricia A. Schmitt | 13 | 06/03/19 | N / A | N / A |
| 19-43565 | Joy Ann Sanders | 13 | 06/05/19 | N / A | N / A |
| 19-43574 | Veronica Jean Richardson | 13 | 06/06/19 | N / A | N / A |
| 19-43623 | Daniel G Duncan | 13 | 06/08/19 | N / A | N / A |
| 19-43626 | Nicholas E Porter and Colleen M Porter | 13 | 06/09/19 | N / A | N / A |
| 19-43661 | Craig M Kamp | 13 | 06/11/19 | N / A | N / A |
| 19-43683 | Billie J. Parker and Aibe D. Parker | 13 | 06/11/19 | N / A | N / A |
| 19-43703 | Denise Lynn Bradley | 13 | 06/12/19 | N / A | N / A |
| 19-43735 | Dorothy L. Anderson | 13 | 06/13/19 | N / A | N / A |
| 19-43768 | Karen Ann Winfrey | 13 | 06/17/19 | N / A | N / A |
| 19-43774 | Alene Trenette Coleman | 13 | 06/17/19 | N / A | N / A |
| 19-43783 | Mark Alan Gausling and Melissa Gale Gausling | 13 | 06/17/19 | N / A | N / A |
| 19-43789 | Tellee Warren and Erika Warren | 13 | 06/18/19 | N / A | N / A |
| 19-43810 | Aleshia McKay | 13 | 06/18/19 | N / A | N / A |
| 19-43911 | Mark Anthony Schwartzkopf, Jr. | 7 | 06/22/19 | N / A | N / A |
| 19-44003 | Christina Kay McAuley | 13 | 06/27/19 | N / A | N / A |
| 19-44004 | James Alfread Sachs | 13 | 06/27/19 | N / A | N / A |
| 19-44020 | Kenneth Garland Hall and Sonya Rene Hall | 13 | 06/27/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19-44046 | Osby W Watson and Barbara A Watson | 13 | 06/27/19 | N / A | N / A |
| 19-44080 | John Joseph Rath | 13 | 06/28/19 | N / A | N / A |
| 19-44088 | Ava H. Logan | 13 | 06/28/19 | N / A | N / A |
| 19-44102 | Michael D Reed and Donna B Reed | 13 | 06/30/19 | N / A | N / A |
| 19-44113 | Byron Dwaine Coleman and Nina Sheree Coleman | 13 | 07/01/19 | N / A | N / A |
| 19-44213 | Verna Mae Hearod and Louis Hearod | 13 | 07/07/19 | N / A | N / A |
| 19-44293 | Robert P. Crawford and Jana L. Crawford | 13 | 07/10/19 | N / A | N / A |
| 19-44354 | Susan Elizabeth Szydlowski | 13 | 07/12/19 | N / A | N / A |
| 19-44366 | Gerald James Colvin, Sr. | 13 | 07/15/19 | N / A | N / A |
| 19-44381 | Leslie Maurice Johnson | 13 | 07/15/19 | N / A | N / A |
| 19-44580 | Linda Lee Hultz | 13 | 07/23/19 | N / A | N / A |
| 19-44629 | Daniel T. Donovan | 13 | 07/25/19 | N / A | N / A |
| 19-44643 | Sherry Ellen Kilgore | 13 | 07/25/19 | N / A | N / A |
| 19-44658 | Rayshon C Griffin | 13 | 07/26/19 | N / A | N / A |
| 19-44703 | Sarah C. Johnson | 13 | 07/29/19 | N / A | N / A |
| 19-44715 | Russell Earl Davis and Tara Lynn Davis | 7 | 07/30/19 | N / A | N / A |
| 19-44747 | Shannon Lanee Miller | 13 | 07/30/19 | N / A | N / A |
| 19-44838 | Suraya Ahmed-Hussain | 13 | 08/01/19 | N / A | N / A |
| 19-44909 | Shaina M. Durell and Frank E. Durell, III | 13 | 08/06/19 | N / A | N / A |
| 19-44928 | Portia Scott | 13 | 08/07/19 | N / A | N / A |
| 19-44931 | Lee M Butler, Jr. | 7 | 08/07/19 | N / A | N / A |
| 19-44960 | Kimberley Herbert | 7 | 08/08/19 | N / A | N / A |
| 19-45002 | Ben G Kubesh | 13 | 08/10/19 | N / A | N / A |
| 19-45024 | Aileen Mesina | 13 | 08/12/19 | N / A | N / A |
| 19-45038 | Douglas Barton | 13 | 08/13/19 | N / A | N / A |
| 19-45043 | Darnell M. Cole, Sr. | 13 | 08/13/19 | N / A | N / A |
| 19-45045 | William L Moore | 13 | 08/13/19 | N / A | N / A |
| 19-45064 | Luby Sutton and Ann Mae Sutton | 13 | 08/14/19 | N / A | N / A |
| 19-45065 | Tara R Helfrich | 13 | 08/14/19 | N / A | N / A |

Case 19-41620   Doc 154   Filed 05/06/20   Entered 05/06/20 15:01:49   Main Document
Pg 22 of 25

| | | | | | |
|---|---|---|---|---|---|
| 19-45072 | Jo Ann Louise Conant | 13 | 08/15/19 | N / A | N / A |
| 19-45081 | Daniel G. Current | 13 | 08/15/19 | N / A | N / A |
| 19-45116 | Ronald Dale Roberts and Chondula Lee Ann Roberts | 13 | 08/15/19 | N / A | N / A |
| 19-45151 | Ethan Lee Hamilton | 13 | 08/18/19 | N / A | N / A |
| 19-45165 | Brian P Schwent and Rene M Schwent | 13 | 08/19/19 | N / A | N / A |
| 19-45210 | Heather Renee Naunheimer | 7 | 08/20/19 | N / A | N / A |
| 19-45249 | Dennis B Austin | 13 | 08/21/19 | N / A | N / A |
| 19-45261 | Cory Lynn Wyatt | 13 | 08/22/19 | N / A | N / A |
| 19-45265 | William Pomerantz and Carol Pomerantz | 7 | 08/22/19 | N / A | N / A |
| 19-45319 | Brittany Nicole Ross | 13 | 08/23/19 | N / A | N / A |
| 19-45371 | Evelyn Denise Higgins | 13 | 08/27/19 | N / A | N / A |
| 19-45380 | John E. Andesilich and Melissa G. Andesilich | 13 | 08/27/19 | N / A | N / A |
| 19-45408 | Dale Leon Glenn and Carla Sonya Jefferson | 13 | 08/29/19 | N / A | N / A |
| 19-45465 | Katina Ja'Von Rogers | 13 | 08/30/19 | N / A | N / A |
| 19-45550 | LaDonna Louisee Weaver | 13 | 09/04/19 | N / A | N / A |
| 19-45552 | Jason Lee Hill and Melinda R Hill | 13 | 09/04/19 | N / A | N / A |
| 19-45565 | Joyce A Haller | 13 | 09/04/19 | N / A | N / A |
| 19-45577 | Gerald D Williams and Cheryl T. Williams | 13 | 09/05/19 | N / A | N / A |
| 19-45582 | Shamika S Haywood-Guthrie | 13 | 09/05/19 | N / A | N / A |
| 19-45598 | Aubrey W Litali and Savanna N Arczynski-Litali | 13 | 09/06/19 | N / A | N / A |
| 19-45601 | Pamela Maria Spann-Baker | 13 | 09/06/19 | N / A | N / A |
| 19-45602 | Aurelia Louise Harris | 13 | 09/06/19 | N / A | N / A |
| 19-45627 | Henrietta A. Taylor | 13 | 09/09/19 | N / A | N / A |
| 19-45633 | David B Sullivan and Nancy J Hinkebein | 13 | 09/09/19 | N / A | N / A |
| 19-45640 | Todd David Anderson | 13 | 09/09/19 | N / A | N / A |
| 19-45648 | Eric Charles Sontheimer and Cynthia Marie Sontheimer | 13 | 09/09/19 | N / A | N / A |
| 19-45680 | Charles Justin Hangge | 7 | 09/11/19 | N / A | N / A |

Case 19-41620   Doc 154   Filed 05/06/20   Entered 05/06/20 15:01:19   Main Document
Pg 23 of 25

| | | | | | |
|---|---|---|---|---|---|
| 19-45692 | Larry L Boggs and Kimberly A Boggs | 13 | 09/11/19 | N / A | N / A |
| 19-45694 | John A. Bates, Sr. and Johnnie M. Bates | 13 | 09/11/19 | N / A | N / A |
| 19-45697 | Roslin V Williams | 13 | 09/11/19 | N / A | N / A |
| 19-45700 | Patrick H. McCreary | 13 | 09/11/19 | N / A | N / A |
| 19-45710 | Randy W. Hargrove, Jr. | 13 | 09/12/19 | N / A | N / A |
| 19-45724 | Elizabeth Ann Gouveia | 13 | 09/12/19 | N / A | N / A |
| 19-45751 | Karen Lucille Commons | 13 | 09/13/19 | N / A | N / A |
| 19-45754 | Stephanie Marie Armbruster | 13 | 09/13/19 | N / A | N / A |
| 19-45761 | Matthew Lunatto | 13 | 09/13/19 | N / A | N / A |
| 19-45774 | Joe David Wood, Jr. and Jennifer Andersen Wood | 13 | 09/14/19 | N / A | N / A |
| 19-45782 | James Howard Lacroix and Sarah Lilian Lacroix | 7 | 09/15/19 | N / A | N / A |
| 19-45788 | Mary Virginia Tripodi | 13 | 09/16/19 | N / A | N / A |
| 19-45835 | Glenn D. Norwood | 13 | 09/17/19 | N / A | N / A |
| 19-45844 | Michael S Barron | 13 | 09/18/19 | N / A | N / A |
| 19-45983 | Kelsey E Schmidt | 13 | 09/25/19 | N / A | N / A |
| 19-46087 | Mark Joseph Clark, Sr. and Veronica Thomas Clark | 13 | 09/28/19 | N / A | N / A |
| 19-46130 | Dawn Marie Neuman | 13 | 09/30/19 | N / A | N / A |
| 19-46146 | David M Hieger and Lyndsay M Hieger | 13 | 09/30/19 | N / A | N / A |
| 19-46152 | Rolanda D Pearson | 7 | 10/01/19 | N / A | N / A |
| 19-46157 | Rayterica Rush | 13 | 10/01/19 | N / A | N / A |
| 19-46199 | Joshua J. Singleton and Cara Singleton | 13 | 10/02/19 | N / A | N / A |
| 19-46294 | Carol Renee Gates | 13 | 10/07/19 | N / A | N / A |
| 19-46396 | Mark Bates and Debra Bates | 13 | 10/11/19 | N / A | N / A |
| 19-46405 | Thomas D. King and Madelyn N. King | 13 | 10/11/19 | N / A | N / A |
| 19-46430 | Charles Hampton | 13 | 10/14/19 | N / A | N / A |
| 19-46488 | Kathleen M Birchfield | 13 | 10/16/19 | N / A | N / A |
| 19-46493 | Brian C. Tanksley | 13 | 10/16/19 | N / A | N / A |
| 19-46519 | | 13 | 10/17/19 | N / A | N / A |

Case 19-41620   Doc 154   Filed 05/06/20   Entered 05/06/20 15:01:19   Main Document
Daniel Charles Zehnle, Jr. and Billie   Pg 24 of 25
Marie Zehnle

| | | | | | |
|---|---|---|---|---|---|
| 19-46571 | Carlos Hedgecorth | 13 | 10/18/19 | N / A | N / A |
| 19-46638 | Eddie Banks and Yvette Banks | 13 | 10/22/19 | N / A | N / A |
| 19-46738 | James B Nerviani and Jennafier A Nerviani | 13 | 10/25/19 | N / A | N / A |
| 19-46754 | Steven D Kelly | 13 | 10/25/19 | N / A | N / A |
| 19-46765 | Robert L. Ewing, Sr. and Jittuane Y. Ewing | 13 | 10/27/19 | N / A | N / A |
| 19-46771 | Glenn Marshall | 13 | 10/28/19 | N / A | N / A |
| 19-46794 | James Kevin Derington, Sr. and Darlene Anne Derington | 13 | 10/29/19 | N / A | N / A |
| 19-46866 | Tammy Anne Deloach | 13 | 10/31/19 | N / A | N / A |
| 19-46892 | LaVelle Anderson and Hermaine K Anderson | 13 | 10/31/19 | N / A | N / A |
| 19-46961 | Alicia Rae Gipson | 13 | 11/05/19 | N / A | N / A |
| 19-46971 | Dana I Dawson | 13 | 11/06/19 | N / A | N / A |
| 19-47013 | Rebecca A House | 13 | 11/08/19 | N / A | N / A |
| 19-47114 | LaShonda Sharee Parker | 13 | 11/13/19 | N / A | N / A |
| 19-47235 | Corey Aubuchon and Kathryn Aubuchon | 13 | 11/20/19 | N / A | N / A |
| 19-47261 | Sandra Lee Jost | 7 | 11/21/19 | N / A | N / A |
| 19-47264 | Mathew Charles Hackenwerth and Angela Hackenwerth | 13 | 11/21/19 | N / A | N / A |
| 19-47470 | Gabriel Vincent Otey, Jr. | 13 | 12/02/19 | N / A | N / A |
| 19-47661 | Nicholas James Kauten | 7 | 12/11/19 | N / A | N / A |
| 19-47671 | Tracy Anne VanDyke | 13 | 12/12/19 | N / A | N / A |
| 19-47679 | Christopher A Hahs and Sarah R Hahs | 13 | 12/12/19 | N / A | N / A |
| 19-47752 | Maurice Ann Breaux | 13 | 12/17/19 | N / A | N / A |
| 19-47784 | Deborah Mitchell | 13 | 12/18/19 | N / A | N / A |
| 19-47882 | Gerald L Hess and Larita Ann Hess | 13 | 12/23/19 | N / A | N / A |
| 20-10016 | Timothy Titus Clary and Marie Danielle Clary | 7 | 01/10/20 | N / A | N / A |
| 20-10023 | Carlenna Kay Hill | 7 | 01/10/20 | N / A | N / A |
| 20-40006 | Gail M. Persky | 13 | 01/02/20 | N / A | N / A |

Case 19-41620   Doc 154   Filed 05/06/20   Entered 05/06/20 15:01:19   Main Document
                                        Pg 25 of 25

| | | | | | |
|---|---|---|---|---|---|
| 20-40098 | Corey LaMont Hunn and Colleen Marie Hunn | 13 | 01/06/20 | N / A | N / A |
| 20-40170 | Sam Ella Bennett | 13 | 01/14/20 | N / A | N / A |
| 20-40171 | Linda Davidson | 13 | 01/14/20 | N / A | N / A |
| 20-40231 | Joshua Paul Odenthal and Aleyce Babbett Odenthal | 7 | 01/16/20 | N / A | N / A |
| 20-40294 | Eric Emanuel Chapman, Sr. | 13 | 01/22/20 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/21/2020 09:31:55 | | | |
| **PACER Login:** | ms0256 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Dethrow FName: Holli MName: E Open Cases: included |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |